Liberty Trust & Savings Bank, administrator of the estate of Ernest Stefani, deceased, appellee, v. City of Chicago, appellant.  Gen. No. 32,019.
Action for death by wrongful act in running over a child of tender years with an automobile trailer.  Judgment for plaintiff.  Appeal from the Circuit Court of Cook county; the Hon. John R. Caverly, Judge, presiding.  Heard in the first division of this court for the first district at the October term, 1927.  Affirmed.  Opinion filed January 30, 1928.
Samuel A. Ettelson, Corporation Counsel, William D. Saltiel, City Attorney, and Harry A. Fleck, Assistant City Attorney, for appel-

lant; Roy S. Gaskill and Edward M. Quinn, Assistant Corporation Counsel, of counsel. McKenna & Harris, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.